THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEERUT SINGH,

        Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

        Defendant.

CASE NO. C17-0233-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of related case filed by Plaintiff Keerut Singh in *Singh v. Federal Aviation Administration*, C17-0822-RAJ, Dkt. No. 6. Singh believes that his case against the Federal Aviation Administration is related to this one. The Court disagrees. Although both cases have the same Plaintiff and involve record requests, they otherwise share no overlapping facts or legal issues. The Court does not deem the two cases related and will not transfer or consolidate them. The Clerk is DIRECTED to post this minute order in both this case and C17-0822-RAJ.

//

//

//

1    DATED this 31st day of May 2017.

                                                William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk

MINUTE ORDER C17-0233-JCC
PAGE - 2