HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEERUT SINGH,

    Plaintiff,

v.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.

CASE NO. C17-822 RAJ

ORDER

This matter comes before the Court on Plaintiff's Motion to Forego Summary Judgment. Dkt. # 15. Summary judgment is the proper course of procedure in this matter and the Court declines the opportunity to forego this step. For this reason, the Court **DENIES** Plaintiff's motion.

Dated this 6th day of September, 2017.

                      *[signature]*
                      The Honorable Richard A. Jones
                      United States District Judge

ORDER- 1