HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEERUT SINGH,

        Plaintiff,

   v.

FEDERAL AVIATION ADMINISTRATION,

        Defendant.

CASE NO. C17-822 RAJ

ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File Surreply. Dkt. # 28. Local Rule ("LCR") 7(g) governs a party's ability to file a surreply in this District. W.D. Wash. Local Rules LCR 7(g). The Court will construe Plaintiff's Motion as Notice that he wishes to file a surreply. *Id.* Accordingly, he has within five

ORDER- 1

(5) days of Defendant's Reply to file a surreply. *Id.* The surreply shall not exceed three (3) pages. Plaintiff is advised that the content of the surreply must be consistent with the language of LCR 7(g). *Id.*

Accordingly, the Court **GRANTS** Plaintiff's Motion to the extent that he abides by the requirements set forth in LCR 7(g). Dkt. # 28.

Dated this 12th day of September, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2