HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEERUT SINGH,

        Plaintiff,

   v.

FEDERAL AVIATION ADMINISTRATION,

        Defendant.

CASE NO. C17-822 RAJ

ORDER

The court has reviewed Plaintiff's motion for reconsideration. Dkt. # 37. Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in

ORDER- 1

the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. The sole basis for reconsideration is Plaintiff's disagreement with the Court's prior conclusion; Plaintiff does not present new evidence or authority that was not previously available. For this reason Plaintiff did not carry his burden on the motion. Plaintiff's motion for reconsideration is therefore **DENIED**.

//

Dated this 19th day of March, 2018.

The Honorable Richard A. Jones
United States District Judge