HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEERUT SINGH,

        Plaintiff,

   v.

FEDERAL AVIATION
ADMINISTRATION,

        Defendant.

CASE NO. C17-822 RAJ

ORDER

The Court has reviewed Plaintiff's motion for reconsideration. Dkt. # 39. Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the

ORDER- 1

attention of the court earlier, through reasonable diligence.  Plaintiff brings his second motion for reconsideration "to make sure the Ninth Circuit is aware of precisely what the Court did here." Dkt. # 39 at 1.  Plaintiff reiterates his arguments from his prior motion for reconsideration but offers nothing new in support of his contention that the Court erred in its decision.  Plaintiff's motion for reconsideration is therefore **DENIED**.

Dated this 26th day of March, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 2